

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charail Dominique McDaniel,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 28491-A.

Vs. No. 11-22-00080-CR

\* August 31, 2022

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has considered Charail Dominique McDaniel's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.